UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


UNITED STATES OF AMERICA            )
                                    )
vs.                                 )        No. 1:15-CR-23-PLR-SKL
                                    )
DENNIS REED                         )


## O R D E R


Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the Indictment; (2) accept Defendant's plea of guilty to the lesser included offense of Count One of the Indictment, that is, of conspiracy to distribute and possess with intent to distribute 5 grams or more of methamphetamine (actual) or 50 grams or more of a mixture and substance containing methamphetamine; (3) adjudicate Defendant guilty of the charges set forth in the lesser included offense of Count One of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [R. 151]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [R. 151] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the

Indictment is **GRANTED**;

(2)     Defendant's plea of guilty to the lesser included offense of Count One of the Indictment, that is, of conspiracy to distribute and possess with intent to distribute 5 grams or more of methamphetamine (actual) or 50 grams or more of a mixture and substance containing methamphetamine, is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in the lesser included offense of Count One of the Indictment;

(4)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **October 2, 2015 at 10:30 a.m.** before the Honorable Pamela L. Reeves, United States District Judge.

**SO ORDERED.**

**ENTER:**

_____
**UNITED STATES DISTRICT JUDGE**